IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* AMETCO MANUFACTURING CORPORATION, | : | |
| Plaintiff, | : | |
| v. | : | CA 1:12-00257-KD-C |
| THE HANOVER INSURANCE COMPANY, INC. and COMPLETE BUILDING CORPORATION, | : | |
| Defendants. | : | |

## SUPPLEMENTAL RULE 16(b) SCHEDULING ORDER

A supplemental Rule 26(f) Report (Doc. 8) has been reviewed. And it is decided that the parties have examined the applicability of electronically stored information (or "ESI") to this matter and have agreed as to the manner of its production. Any variance from these agreements must be explained fully if any motion concerning the production of ESI is filed.

**DONE and ORDERED** this the 6th day of July, 2012.

s/WILLIAM E. CASSADY
**UNITED STATES MAGISTRATE JUDGE**